Opinion by RAO, C.J.   In accordance with stipulation of counsel that the merchandise consists of spark plugs, not dedicated to use in automobiles, similar in all material respects to those the subject of *Lodge Spark Plug Co.* v. *United States* (49 Cust. Ct. 158, C.D. 2379), the claim of the plaintiffs was sustained.

No. 69556.—Lodge Spark Plug Co. and National Carloading Corp. et al. *v.* United States, protests 60/11378, etc. (New York).

Opinion by RAO, C.J.   In accordance with stipulation of counsel that the merchandise consists of spark plugs similar in all material respects to those the subject of *Lodge Spark Plug Co.* v. *United States* (49 Cust. Ct. 158, C.D. 2379), the claim of the plaintiffs was sustained.

No. 69557.—Robert Bosch Corp. *v.* United States, protest 61/19624 (New York).

Opinion by RAO, C.J.   In accordance with stipulation of counsel that the merchandise consists of spark plugs similar in all material respects to those the subject of *Lodge Spark Plug Co.* v. *United States* (49 Cust. Ct. 158, C.D. 2379), the claim of the plaintiff was sustained.

No. 69558.—Frank P. Dow Co., Inc., and Sterling Artco, Inc., of Calif. et al. *v.* United States, protests 62/5280, etc. (Los Angeles).

Opinion by RAO, C.J.   In accordance with stipulation of counsel that the merchandise consists of spark plugs similar in all material respects to those the subject of *Lodge Spark Plug Co.* v. *United States* (49 Cust. Ct. 158, C.D. 2379), the claim of the plaintiffs was sustained.